UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEDICAID CONSUMERS FOR CONTINUITY OF CARE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES V. MCDONALD in his capacity as the Commissioner of the New York State Department of Health,<br><br>Defendant. | Case No. 1:25-cv-00565<br><br>**DECLARATION OF ANN WEGMAN** |

1. I live in Southampton, New York and receive care in my home under New York's Consumer Directed Personal Assistance Program ("CDPAP"). I am legally blind and have congestive heart failure along with many other chronic conditions and disabilities.

2. I submit this Declaration in support of the Plaintiffs' Motion for a Preliminary Injunction in the above captioned case, and in opposition to Defendant's Motion to Dismiss. I have personal knowledge of the matters set forth in this Declaration. This Declaration is intended to supplement my initial Declaration, dated January 17, 2025 (Dkt. 8).

3. I am a member of Medicaid Consumers for Continuity of Care ("MCCC").

4. The New York State Department of Health ("NYSDOH") is strong-arming consumers to transition to Public Partnerships LLC ("PPL") as their fiscal intermediary by March 31, 2025, and changing the fundamental terms of the program which allow consumers the freedom of choice of how they receive their care—and who provides it.

5. I am satisfied with my existing fiscal intermediary and do not want to switch to PPL. My existing fiscal intermediary is supportive, dependable, and has never let me down.

6. I do not recall receiving any outreach communications from PPL or NYSDOH about this transition, including direct mail, emails, phone calls, and text messages.

7. On or after January 6, 2025, I asked my personal assistants to call PPL's support center to learn more about the transition. My personal assistants called the support center on multiple occasions but were not able to speak with a live representative.

8. I am bedridden and isolated in my home.

9. I am blind. PPL has not provided support to accommodate my visual impairment during the transition.

10. I have not heard any radio or television ads about the transition. I do not have an email account or Facebook account. I am homebound and cannot go to the local senior center or community center. I have limited access to streaming platforms and have not heard any commercials about the transition.

11. As the March 31 deadline looms with only weeks to go, many consumers like me are at risk of not being able to transfer to PPL in time, leaving vulnerable consumers without care. This rushed timeline will be a disaster for everyone who depends on CDPAP services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on __February 16__, 2025

*Ann Wegman* (signature)

Ann Wegman