UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICAID CONSUMERS FOR CONTINUITY OF CARE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES V. MCDONALD in his capacity as the Commissioner of the New York State Department of Health,<br><br>Defendant. | Case No. 1:25-cv-00565<br><br>**DECLARATION OF<br>ROSE JONES** |

1. I live in Utica, New York and receive care in my home under New York's Consumer Directed Personal Assistance Program ("CDPAP") to help manage life after a stroke and a heart attack. I have a brain tumor, which has caused a decline in my cognitive abilities.

2. I submit this Declaration in support of the Plaintiffs' Motion for a Preliminary Injunction in the above captioned case, and in opposition to Defendant's Motion to Dismiss. I have personal knowledge of the matters set forth in this Declaration. This Declaration is intended to supplement my initial Declaration, dated January 17, 2025 (Dkt. 11).

3. I am a member of Medicaid Consumers for Continuity of Care ("MCCC").

4. CDPAP has been a lifeline – allowing me to remain in my home cared for by a trusted family friend in my local community. I am completely satisfied with my existing fiscal intermediary and do not want to switch the Public Partnerships, LLC ("PPL"). I do not like being forced to choose a statewide fiscal intermediary. My existing fiscal intermediary is a trusted, locally owned provider that allows me to tailor my care services based on my unique needs and preferences.

5.　　　There is a lack of information about the transition and what will happen when PPL takes over as the administrator of CDPAP. I do not recall receiving any outreach communications from PPL or NYSDOH about this transition, including direct mail, emails, phone calls or text messages. I do not recall receiving an invitation for an in-person or virtual session about the CDPAP transition. I have not heard or seen any ads about the CDPAP transition on radio, television, streaming apps or social media, nor have I seen any printed ads or flyers. I do not have an email account or Facebook account. I do not attend a local senior or community center.

6.　　　I understand that my existing fiscal intermediary will be forced out of business on April 1, 2025, and replaced by the single state fiscal intermediary. Consumers like me face an untenable situation – those who do not transition will lose their home care and those who complete the transition will also be at high risk of losing their personal assistants because of PPL's inability to administer the CDPAP program.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___February 16___, 2025

_____/s/ Rose Jones_____
Rose Jones