**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MEDICAID CONSUMERS FOR
CONTINUITY OF CARE, ANN WEGMAN,
CARMEN RODRIGUEZ, AND MELISSA
SPENCER,

                          Plaintiff,

      -against-                                                25 **CIVIL** 565 (MKV)

                                                                      **<u>JUDGMENT</u>**

JAMES V. MCDONALD in his capacity as
the Commissioner of the New York State
Department of Health,

                          Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 24, 2025, the motion to dismiss is GRANTED and this case is dismissed without prejudice. IT IS FURTHER ORDERED that the motion for a preliminary injunction and letter motion to file additional exhibits are HEREBY DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       April 25, 2025

                                                                  **TAMMI M HELLWIG**
                                                                     **Clerk of Court**

                                      **BY:**          *K. Mango*

                                                                       **Deputy Clerk**